IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHERON EDWARDS                                                                                    PETITIONER

v.                                                                                           No. 1:07CV173-M-D

WARDEN SMITH, ET AL.                                                                              DEFENDANTS

**FINAL JUDGMENT**

The court has considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated February 22, 2008, the March 17, 2008, objections to the Report and Recommendation, and the state's March 27, 2008, response to the petitioner's objections. The court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 22, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

3. That this case is **CLOSED.**

THIS, the 25th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ MICHAEL P. MILLS
　　　　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF MISSISSIPPI